

# United States District Court for the Northern District of Illinois

Case Number: **02cr730**     Assigned/Issued   By: _____

---

## FEE INFORMATION

**Amount Due:**   ☐ $250.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $255.00

No. Service copies _____
*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☒ Citation to Discover Assets           (name of victim, who it's against and $ amount)

☐ Writ _____
           (Type of Writ)

) Original and ___1___ copies on __4-7-05__ as to __Marquette Bank.__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/23/05